IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TOREY DEVOL MILLER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-425-RP |
| THOMAS OILFIELD SERVICES, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning various Defendant's motion to transfer, (Dkt. 8). (R. & R., Dkt. 11). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 12).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 11), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Transfer, (Dkt. 8), is **GRANTED**.

1

**IT IS FINALLY ORDERED** that this case is **TRANSFERRED** to the Midland Division of the Western District of Texas.

**SIGNED** on August 8, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE